UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS MANNING HOOK,

    Plaintiff,

v.                                                            CASE NO. 8:17-cv-1103-T-23JSS

JAMES NABORS, et al.,

    Defendants.
_____/

**ORDER**

The magistrate judge recommends (Doc. 9) dismissing Thomas Manning Hook's complaint (Doc. 1) for failing to comply with the pleading standards of Rule 8, Federal Rules of Civil Procedure; recommends allowing Hook to amend the complaint; and recommends denying Hook's motion (Doc. 2) to proceed *in forma pauperis*. More than fourteen days has passed, and no party objects. The report and recommendation (Doc. 9) is **ADOPTED**. No later than **OCTOBER 16**, **2017**, Hook (1) must amend the complaint to state a legal claim and (2) must either pay the filing fee or submit a notarized affidavit of indigency. Failure to comply with this order will result in dismissal of this action without further notice.

In preparing the amended complaint Hook must comply with Rules 8, 9, 10, and 12, Federal Rules of Civil Procedure and the Local Rules. For example, Rule 8 states that a complaint must include: "(1) a short and plain statement of the grounds for the court's jurisdiction . . . (2) a short and plain statement of the claim showing

that the pleader is entitled to relief; and (3) a demand for the relief sought . . . ." Rule 10 states that "[a] party must state its claims . . . in numbered paragraphs, each limited as far as is practicable to a single set of circumstances . . . . If doing so would promote clarity, each claim founded on a separate transaction or occurrence . . . must be stated in a separate count." Hook must identify to which particular defendant each separate count applies.

Hook is warned that litigation in federal court is difficult. The complaint suffers from deficiencies that suggest Hook requires legal advice and assistance from a member of The Florida Bar. Hook can contact The Florida Bar for the names of organizations providing free or low cost legal services to an eligible person. The court cannot assist a party, even a *pro se* party, in conducting a case.

ORDERED in Tampa, Florida, on September 27, 2017.

*[signature]*
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE